**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00650-CV

---

## IN RE COLLEEN ROBERTS, ET AL, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-16515**

---

## MEMORANDUM OPINION

On August 3, 2015, relators Colleen Roberts, Roberts Tax Appeals, LLC, Robin Woodward, Miles Woodward, Woodward Services, LLC, and Dennis Woodward filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Robert Schaffer, presiding judge of the 152nd District Court of Harris County, to set aside his order denying relators'

plea to the jurisdiction and to dismiss the real party-in-interest's claims for lack of standing.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.